# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

**UNITED STATES OF AMERICA**

-vs-                                                                   Case No.  8:90-cr-53-T-17TGW

**FOSTER WALKER, JR.**                               AUSA:  Rick Jancha for Patricia Kerwin
                                                                                Deft. Atty.:  Rick Carey

| JUDGE | Gary R. Jones | DATE AND TIME | April 4, 2006<br>2:05 p.m. - 2:30 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | Dennis Miracle |
| INTERPRETER | None Required | PRETRIAL/PROBATION: | Joseph Myrick |

**CLERK'S MINUTES -
INITIAL APPEARANCE ON VIOLATION OF SUPERVISED RELEASE**

Defendant was arrested on   4/3/06   on a Petition for Warrant or Summons for Offender Under Supervision.

Defendant advised of rights, charges, penalties and special assessment.

Defendant requests court-appointed counsel.  Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the   **Federal Public Defender's Office**   with reimbursement upon filing by U.S. Attorney.  **ORDER TO ENTER.**

Government orally moves for detention.  Defendant's response.

Defendant is currently not on his medication causing him to be very disruptive and necessitating his removal from the courtroom.

Government requests that defendant undergo a competency examination.

Defense counsel has no objection and will file a written motion.

Court grants government's oral motion for detention and remands defendant back to the custody of the U.S. Marshal to be transported to the Tampa Division.  **ORDER OF DETENTION PENDING FINAL REVOCATION HEARING TO ENTER.**

**DEFENDANT IS REQUIRED TO APPEAR BEFORE THE HONORABLE ELIZABETH A. KOVACHEVICH IN THE TAMPA DIVISION FOR HIS FINAL REVOCATION HEARING ON   4/28/06 at 2:00 p.m.  **